# 639324    # 128321

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:      *      CASE # 05-30639 W
               CHAPTER 13
               *

White, Melvin
Debtor      *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee voided several <u>returned</u> disbursement checks from the United States Postal Service, "marked return to sender/unable to forward – box closed".

2. The balance of funds for the creditor in the amount of **$17.13** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 621600 | Capital One Bank<br>P O Box 85167<br>Richmond, Va 23285 | 17.13 | 12/31/09 |

3. Your trustee's check #639324 for a total balance due of $17.13 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 02/26/10

                                      John P. Gustafson
                                      Trustee in Bankruptcy