Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604

**Case No. 05−30639−maw**

**In re:**
Melvin White
550 Everett St.
Toledo, OH 43608

**Social Security No.:**
xxx−xx−7389

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ John P. Gustafson is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** June 14, 2010                    /s/ Mary Ann Whipple
Form ohnb136                                United States Bankruptcy Judge